IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NORPAC WALLS & CEILINGS, LLC, et al., <br><br> Defendants. | CV 24-00379 SASP-WRP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 23, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment", ECF No. 17, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: January 8, 2025, at Honolulu, Hawai'i.



Shanlyn Park
United States District Judge